TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-07-00391-CR







Angel Martinez, Appellant



v.



The State of Texas, Appellee






FROM THE DISTRICT COURT OF TRAVIS COUNTY, 167TH JUDICIAL DISTRICT


NO. D-1-DC-06-302188, HONORABLE MICHAEL LYNCH, JUDGE PRESIDING






O R D E R


PER CURIAM

Appellant's second motion for extension of time to file brief is granted. Appellant's
counsel, Kristin Etter, is ordered to tender a brief in this cause no later than March 14, 2008.

It is ordered February 12, 2008.


Before Chief Justice Law, Justices Pemberton and Waldrop

Do Not Publish